Tara Twomey
PO Box 5146
Carmel, CA 93921

FILED
OCT 23 2008
CLERK
United States Bankruptcy Court
San Jose, California

OCT 23 2008

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Adriana Milena Montoya aka<br>Adriana Munoz and Severo Antonio Munoz<br><br>Debtor(s). | Case No. 07-52557    ASW<br>Chapter 13<br><br>APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>*PRO HAC VICE* |

pd $210
to U.S. District Ct
on 10/23/08
R 546 1100 4087

Pursuant to B.L.R. 1001-2(a)(29) and Civil L.R. 11-3, **Tara Twomey**, an active member in good standing of the bar of **Massachusetts**, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing **National Association of Consumer Bankruptcy Attorneys** in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: James S.K. Shulman, Shulman Law Offices

   1501 The Alameda, San Jose, CA 95126

   408-297-3333

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/14/08                              _tara twomey_
                                             MA BBO# 640137

Case: 07-52557   Doc# 73   Filed: 10/23/08   Entered: 11/04/08 15:33:43   Page 1 of 2

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611004087
Cashier ID: harwellt
Transaction Date: 10/23/2008
Payer Name: Tara Twomey
---------------------------------
PRO HAC VICE
 For: Tara Twomey
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:          $210.00
---------------------------------
CHECK
 Check/Money Order Num: 131
 Amt Tendered:  $210.00
---------------------------------
Total Due:       $210.00
Total Tendered:  $210.00
Change Amt:      $0.00

Bankruptcy Case:

Case # 07-52557 ASW


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```